QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISAIAS DIAZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-cr-5290 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING AND ORDER THEREON |
| v. | ) | |
| ISAIAS DIAZ-SANCHEZ, | ) | DATE: August 1, 2005 |
| Defendant. | ) | TIME: 9:00 a.m. |
|  | ) | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before July 5, 2005, government responses to be filed on or before July 19, 2005, **and the hearing on motions now set for June 20, 2005, may be continued to August 1, 2005, at 9:00 A.M.**

The reason for this continuance is to allow counsel for defendant more time for further investigation

///

///

///

///

1     The parties agree that any delay resulting from this continuance shall be excluded in the interest of
2 justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: June 10, 2005                          By:    /s/ Marianne Pansa
                                                                MARIANNE PANSA
                                                                 Assistant U.S. Attorney
                                                                 Attorney for Plaintiff


                                                 QUIN DENVIR
                                                 Federal Defender


DATED: June 10, 2005                         By:    /s/ Marc C. Ament
                                                 MARC C. AMENT
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ISAIAS DIAZ-SANCHEZ

## ORDER

IT IS SO ORDERED.

**Dated:   June 10, 2005**                     **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE