McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone:  (559) 498-7272
Attorneys for Respondents

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>  vs. )<br>)<br>ISAIAS DIAZ-SANCHEZ )<br>)<br>)<br>            Defendant )<br>_____ ) | No. 01:03 CR 05290-01 AWI<br><br>**STIPULATION RE: HEARING ON DEFENDANT'S MOTION FOR DISCOVERY AND ORDER** |

**STIPULATION**

The defendant has filed a motion for discovery in this case.  The government's reply is due on **July 19, 2005**, and a hearing on the motion is currently set for **August 1, 2005** at **9:00.**  The parties are still negotiating a potential plea offer in this case.  Accordingly, the parties stipulate that if the defendant does not plead guilty, the government will file its reply by August 12, 2005.  The parties stipulate and request that the hearing for the motion for discovery be moved until **August 29, 2005 at 9:00.**

///

///

///

///

1

1  Finally, the parties also stipulate that time will be excluded until the hearing on the motions on

2  **August 1, 2005,** in the interests of justice pursuant to 18 USC § 3161 (h)(1)(F).

3  Respectfully Submitted,

6  /s/ Marianne A. Pansa                                  /s/ Marc Ament (consent given to sign)
   McGREGOR W. SCOTT                                      Marc Ament
7  United States Attorney                                 Assistant Federal Defender
   by: MARIANNE A. PANSA                                  Attorney for the Defendant
8  Assistant United States Attorney                       ISAIAS DIAZ-SANCHEZ
   Attorney for the Plaintiff

10 Date : July 18, 2005                                   Date : July 18, 2005

14 IT IS SO ORDERED.

15 **Dated:   July 25, 2005**                                    /s/ **Anthony W. Ishii**
   0m8i78                                                 UNITED STATES DISTRICT JUDGE