McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone:  (559) 498-7272
Attorneys for Respondents

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ISAIAS DIAZ-SANCHEZ, ) <br> ) <br> ) <br> Defendant ) <br> _____ ) | No. 01:03 CR 05290-01 AWI <br><br> **STIPULATION RE: HEARING ON DEFENDANT'S MOTION FOR DISCOVERY AND ORDER** |

**STIPULATION**

   The defendant has filed a motion for discovery in this case.  The government's reply is due on **August 12, 2005**, and a hearing on the motion is currently set for **August 29, 2005** at **9:00.**  The parties are still negotiating a potential plea offer in this case.  Accordingly, the parties stipulate that if the defendant does not plead guilty, the government will file its reply by **August 30, 2005.**  The parties stipulate and request that the hearing for the motion for discovery be moved until **September 6, 2005 at 9:00.**

///

///

///

///

Finally, the parties also stipulate that time will be excluded until the hearing on the motions on **September 6, 2005,** in the interests of justice pursuant to 18 USC § 3161 (h)(1)(F).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Marc Ament (consent given to sign) |
| McGREGOR W. SCOTT | Marc Ament |
| United States Attorney | Assistant Federal Defender |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | ISAIAS DIAZ-SANCHEZ |
| Attorney for the Plaintiff | |
| | |
| Date : August 11, 2005 | Date : August 11, 2005 |

**ORDER**

IT IS SO ORDERED.

**Dated:   August 12, 2005**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE