THOMAS J. RICHARDSON #138104
Attorney at Law
2950 Mariposa
Fresno, California 93721
Tele: (559) 264-6481
Fax: (559) 264-0240

Attorney for Defendant
ISAIAS DIAZ-SANCHEZ

FILED

2005 OCT 24  P 4: 00

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ISAIAS DIAZ-SANCHEZ,<br>Defendant, | Case No.: 1:03cr05290<br><br>SUBSTITUTION OF<br>ATTORNEY |

ISAIAS DIAZ SANCHEZ, defendant herein, substitutes Thomas J. Richardson, Attorney at Law, as his attorney of record in place of _Marc C. Ament_.

Dated: 10/1/05                    x Isaias Diaz
                                    ISAIAS DIAZ-SANCHEZ

The undersigned agrees to the above substitution.

Dated: 10/20/05                   [signature]

The undersigned agrees to the above substitution.

Dated: 10/1/05                    [signature]
                                    THOMAS J. RICHARDSON

-1-

It is so ordered.

Dated: Oct 24, 2005

